Aileen M. Hunter, California Bar No. 253162
aileen.hunter@bryancave.com
Stacey L. Herter, California Bar No. 185366
stacey.herter@bryancave.com
**BRYAN CAVE LLP**
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414
Telephone: (949) 223-7000
Facsimile: (949) 223-7100

Nicole N. King, California Bar No. 290204
nicole.king@bryancave.com
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90301-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| Christopher Charles Chebeleu, Vicky J. Chebeleu, individuals,<br><br>Alleged Debtor(s), Plaintiff(s),<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a corporation, NEW WORLD INVESTMENT, an unknown entity, and DOES I through VIII, corporations,<br><br>Alleged Lender, Defendant(s). | Case No. 5:17-cv-00409-SJO (SPx)<br><br>**NOTICE OF RELATED CASES**<br><br>**[Local Rule 83-1.3.1]**<br><br>Hon. S. James Otero<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss the Complaint; Request for Judicial Notice; [Proposed] Order; Corporate Disclosure Statement; and Notice of Interested Parties]<br><br>Complaint Filed: March 3, 2017<br>Trial Date: None Set |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 83-1.2 and 83-1.3.1, defendant Ocwen Loan Servicing, LLC ("Ocwen") notifies the Court that the above-entitled action, recently filed in this District, appears to be a refiling of a previous related action that was dismissed on December 8, 2016.

Pursuant to civil Local Rule 83-1.2.2, "[w]henever an action is dismissed by a party or by the Court before judgment and thereafter the same or essentially the same claims, involving the same or essentially the same parties, are alleged in another action, the later-filed action shall be assigned to the judge to whom the first-filed action was assigned." Civil L.R. 83-1.3.

Here, the case styled, *Christopher Charles Chebeleu v. Green Tree Servicing, LLC, et al.*, United States District Court, Central District of California, Case No. 5:16-cv-00716-CAS-SPx is related to the instant action.

The former action arises from the same series of transactions at issue in the instant case, and calls for a determination of substantially similar questions of law and fact. It was filed by almost identical parties against a number of defendants, including Ocwen, in which Plaintiff Christopher Charles Chebeleu alleged the defendants lacked authority to initiate foreclosure proceedings due to an alleged improper assignment of Plaintiff's note and deed of trust.

After one failed pleading attempt, in which the court dismissed the complaint with leave to amend, Plaintiff voluntarily dismissed the action on December 8, 2016.

///
///
///
///
///
///

1  As such, the above-entitled action should be assigned to the Honorable
2  Christina A. Snyder to whom the prior related action was assigned.

4  Dated:  March 21, 2017          Aileen M. Hunter
                                   Stacey L. Herter
                                   Nicole N. King
                                   **BRYAN CAVE LLP**

                                   By:  */s/ Nicole N. King*
                                        Nicole N. King
                                        Attorneys for Defendant
                                        OCWEN LOAN SERVICING, LLC

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 120 Broadway, Suite 300, Santa Monica, California 90401-2386.

On March 21, 2017, I served the foregoing document, described as **NOTICE OF RELATED CASES**, on each interested party in this action, as follows:

| | |
|---|---|
| Christopher Charles Chebeleu<br>25154 Daisy Avenue<br>Loma Linda, CA 92354 | *Alleged Debtor(s), Plaintiff* |
| Vicky J Chebeleu<br>25154 Daisy Avenue<br>Loma Linda, CA 92354 | *Alleged Debtor(s), Plaintiff* |

☒ (VIA U.S. MAIL) I placed the original of the foregoing document in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California. I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

☐ (BY CM/ECF NOTICE OF ELECTRONIC FILING): I caused said document to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 21, 2017, at Santa Monica, California.

*/s/ Geri Anderson*
Geri Anderson

BRYAN CAVE LLP
120 BROADWAY, SUITE 300
SANTA MONICA, CALIFORNIA 90401-2386

PROOF OF SERVICE

1184139